UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**BRAINI DAVINSON FELIZ #21207-104**     **CASE NO.  2:24-CV-00701 SEC P**

**VERSUS**     **JUDGE JAMES D. CAIN, JR.**

**FELIPE MARTINEZ JR**     **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

Upon consideration of the Report and Recommendation [doc. 2] filed by the Magistrate Judge, noting the lack of objections thereto, and after a de novo review of the record and applicable law, the undersigned hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 2] be **ADOPTED** and that the petition be **DENIED** and **DISMISSED WITH PREJUDICE**[1] under Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

**THUS DONE AND SIGNED** in Chambers on the 26th day of November, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Report and Recommendation states in one section that the petition should be dismissed with prejudice and in another that it should be dismissed without prejudice. Considering that the magistrate judge conducted a review of the merits and found that the petitioner was not entitled to the requested credit, the undersigned finds that the matter is properly dismissed with prejudice.